UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARION PLEASANT, | ) | NO. CV 13-4226-AB(AGR) |
|     Petitioner, | ) ) | JUDGMENT |
|   v. | ) ) | |
| GROUNDS, Warden, | ) ) | |
|     Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 13, 2015  _____
                                          ANDRÉ BIROTTE JR.
                                      United States District Judge